UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCCIDENTAL HOTELS MANAGEMENT B.V., OPERADORA INTERCONTINENTAL DE RESORTS & HOTELES, S.A., ALLEGRO PALM BEACH N.V., and HOTEL PLAYACAR, S.A. de C.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTBROOK ALLEGRO L.L.C., individually and as participation agent,<br><br>Defendant. | ECF CASE<br><br>CASE NO. 05-CV-9547 (LMM) (THK)<br><br>**NOTICE OF MOTION** |
| WESTBROOK ALLEGRO L.L.C.,<br><br>Counterclaimant,<br><br>vs.<br><br>OCCIDENTAL HOTELS MANAGEMENT B.V.,<br><br>Counterclaim-Defendant. | |

**PLEASE TAKE NOTICE THAT**, upon all of the papers herein, Plaintiffs, OCCIDENTAL HOTELS MANAGEMENT B.V., OPERADORA INTERCONTINENTAL DE RESORTS & HOTELES, S.A., ALLEGRO PALM BEACH N.V., and HOTEL PLAYACAR, S.A. de C.V. ("Plaintiffs"), shall move this Court, before the Honorable Theodore H. Katz, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to: (i) disqualify Jones Day as counsel for Defendant, WESTBROOK ALLEGRO L.L.C. ("Defendant"), based on Jones Day's conflict of interest resulting from Jones Day partner Kent Richey's prior representation of certain Plaintiffs[1] and their affiliates in related matters and based on the fact that Mr. Richey will be a key witness in this case; and (ii) enjoin Mr. Richey and Jones Day from disclosing to Defendant, or any other person, any privileged or

---

[1] Mr. Richey's prior representation involved all Plaintiffs with the exception of Occidental Hotels Management B.V.

confidential information obtained during the course of Mr. Richey's prior representation. The basis for this motion is set forth in the accompanying memorandum of law.

**PLEASE TAKE FURTHER NOTICE THAT** any answering memorandum shall be served within ten (10) business days after service of these papers.

Plaintiffs request oral argument on this motion.

Dated: New York, New York
March 9, 2006

SALISBURY & RYAN LLP

By: _____
Patrick P. Salisbury (PS-1226)

1325 Avenue of the Americas, Suite 704
New York, NY 10019
Email: ps@salisburyryan.com
T: 212-977-4660
F: 212-977-4668

Counsel for Plaintiffs, OCCIDENTAL HOTELS MANAGEMENT B.V., OPERADORA INTERCONTINENTAL DE RESORTS & HOTELES, S.A., ALLEGRO PALM BEACH N.V., and HOTEL PLAYACAR, S.A. de C.V.

**TO**:

**Robert C. Micheletto, Esq.** [rmicheletto@jonesday.com]
**Thomas E. Lynch, Esq.** [telynch@jonesday.com]
**Kelly A. Carrero, Esq.** [kacarrero@jonesday.com]
Jones Day
222 East 41st Street
New York, NY 10017
T: 212-326-3939
F: 212-755-7306

Counsel for Defendant, WESTBROOK ALLEGRO L.L.C.

G:\PS Clients\Occidental Hotels\Westbrook\Notice of Motion.doc