```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OCCIDENTAL HOTELS MANAGEMENT BV, et al.

                Plaintiffs,                05 Civ. 9547(PKC)

      -against-                          ORDER

WESTBROOK ALLEGRO LLC, et al.,

                Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        The above action has been reassigned to the undersigned. The parties are directed to consult the undersigned's Individual Practices (available on the Court's website). It appears that the action has been pending for four and a half years. Discovery should have been completed. There appears to be pending two fully submitted summary judgment motions and a motion to preclude certain testimony (Docket ## 48, 49, and 50).

        Each side's counsel is directed to deliver courtesy copies of all of their submissions on the pending motions within five days of this Order.

        The parties shall show cause in writing within ten days hereof why all documents previously filed under seal should not be unsealed. Any party wishing to maintain any document as sealed shall submit an affidavit or affidavits and a memorandum of law, demonstrating that the standards for sealing have been met and specifically addressing United States v. Amodeo, 44 F.3d 141, 145 (2d Cir. 1995), Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-120 (2d Cir. 2006) and any other controlling authority.

All counsel are directed to appear for oral argument of the pending motions on June 15 at 11:00 am in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
June 5, 2009